IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SANDRA B. TOODLE,**

        **Plaintiff,**

  vs.                                      **Civil Action 2:05-CV-521**
                                                  **Judge Frost**
                                                  **Magistrate Judge King**

**FIRST LADY, LAURA BUSH,** *et al.*,

        **Defendants.**

<u>ORDER</u>

On May 25, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the petition be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

                                                        <u>/s/ Gregory L. Frost</u>
                                                           Gregory L. Frost
                                                     United States District Judge